Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida
### Fort Myers Division

Joseph James Carabillo Paterfamilias )
)  Case No. 2:24-CV-350-SPC-KCD
)  (to be filled in by the Clerk's Office)
)
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
Jillian Marie Kuykendall )
Peter Bell )
Lisa Porter )
See Attached~ )
)
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.)

[handwritten note: 2:24-CV-00257-SPC-KCD]

## COMPLAINT AND REQUEST [FOR INJUNCTION]

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Joseph James Carabillo Paterfamilias |
   | Street Address | in care of: 15313 Mille Fiore Boulevard |
   | City and County | Port Charlotte |
   | State and Zip Code | Florida |
   | Telephone Number | 9083233273 |
   | E-mail Address | GeorgiaRecordings@gmail.com (Fair Use) |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Jillian Marie Kuykendall |
| Job or Title *(if known)* | Private Membership Attorney |
| Street Address | 350 E Marion Ave Fl 2 |
| City and County | Punta Gorda |
| State and Zip Code | FL 33950-3727 |
| Telephone Number | Office: 941-637-2104 ; Cell: 941-637-2104 |
| E-mail Address *(if known)* | JKuykendall@sao.cjis20.org |

Defendant No. 2

| | |
|---|---|
| Name | Peter Allen Bell |
| Job or Title *(if known)* | Private Membership Attorney |
| Street Address | 350 E Marion Ave |
| City and County | Punta Gorda |
| State and Zip Code | FL 33950-3727 |
| Telephone Number | Office: 941-637-2291 |
| E-mail Address *(if known)* | vdelledonne@ca.cjis20.org |

Defendant No. 3

| | |
|---|---|
| Name | Lisa Spader Porter |
| Job or Title *(if known)* | Private Membership Attorney |
| Street Address | 1700 Monroe St |
| City and County | Fort Myers |
| State and Zip Code | FL 33901-3071 |
| Telephone Number | Office: 239-533-9140 |
| E-mail Address *(if known)* | lporter@ca.cjis20.org |

Defendant No. 4

| | |
|---|---|
| Name | CHARLOTTE COUNTY JAIL |
| Job or Title *(if known)* | Private Commercial Corporation Duns # 097339772 |
| Street Address | 25500 AIRPORT RD |
| City and County | Punta Gorda |
| State and Zip Code | FL 33950-5701 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question     [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Article II, Article III, possibly Article I as to what kind of Courts the 20th Circuit Court actually is, appearing to be an Article II Federal Corporation. The First, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Original Antebellum Title of Nobility Thirteenth Amendment. Also, concerning postbellum 14th Amendment U.S. Federal Citizens contemplated under the Trading with the enemy Act.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Joesph James Carabillo Paterfamilias, is a citizen of the State of *(name)* New Jersey only, Amendment 9 & 10.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Jillian Marie Kuykendall, is a citizen of the State of *(name)* unkown. Or is a citizen of *(foreign nation)* unkown.

## Complaint and Request for Injunction Name Attachment Sheet

John Burns, Bar Number: 41830; ISLN: 911975565, Citizenship Unknown

Donald Mason, Bar Number: 971091, ISLN mber: 909767882, Citizenship Unknown

Peter Bell, Bar Number: 349801, ISLN: 909132192, Citizenship Unknown

Amira Fox's Office, Bar Number: 861316, ISLN: 911917763, Citizenship Unknown

Christopher Ryan, Bar Number: 1016194, ISLN: 1000863346, Citizenship Unknown

Lisa Porter Bar Number: 86533; ISLN: 911986400, Citizenship Unknown

Brett (Carl) Gold Bar #: 1008057 ISLN: 1000321072, Citizenship Unknown

Jennifer Marie Garczewski Bar#: 16015; ISLN: 1000557510, Citizenship Unknown

(Stefan Wade) Groening Bar #: 1022543; ISLN: 1000919812, Citizenship Unknown

Jillian Marie Kuykendall Bar #: 675441, ISLN: 67544 917787599, see form

Robert Taylor, Badge# 3301, Citizenship Unknown

Michael Davidson, Badge#3396, Citizenship Unknown

Aaron Williams, Citizenship Unknown

Bill Prummell, Citizenship Unknown

Roger Eaton, Citizenship Unknown

John Anthony Tomasino Bar #: 106021 & (C.) Suzanne Bechard Bar #: 147745 Citizenship Unknown

STATE OF FLORIDA; Duns # 004078374, D.C. Corporation

... D.B.A. State Attorney Office; Duns # 025865135, D.C. Corporation

D.B.A. Charlotte County Sheriff's Office; Duns # 147546209, D.C. Corporation

FLORIDA DEPARTMENT OF LAW ENFORCEMENT; Duns # 809396781

15th Judicial Circuit: Duns # 062262582, D.C. Corporation

Other Confederates who Securitized a resisting arrest charge (29M) based upon a traitorous false arrest, feigning legitimacy by lawless violence, as profiting from trafficking in persons by utilizing military due process on an Internationally Protected Civilian and stalking the same under executive corporations as unprivileged belligerents.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, *(name)* CHARLOTTE COUNTY JAIL, is incorporated under the laws of the State of *(name)* United States Local Government, and has its principal place of business in the State of *(name)* Florida.

Or is incorporated under the laws of *(foreign nation)* District of Columbia, and has its principal place of business in *(name)* FL.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Knowing in advance that the County operated as a U.S. Commercial Corporation, I had Legal Papers for Service of process in the event I was molested while exercising My Right to Travel Unrestricted. Upon the sham hearing January 3rd, after service of process to Robert Taylor, a Full Commercial Liability Fee for the Commercial use of My Name was established at Four-Million Dollars per day so as to immediately overburden any case bond so I could go free.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
The Land and soil of the Florida Republic, in Charlotte County. Financial Case Securities as Fraudulent Securities and Counterfeit Obligations via interstate commercial fraud and Aggravated Identity Theft at the 15th and 20th Circuit not as a Judicial Functionary, in the State of Florida Commercial Corporation under the Name:

Carabillo, Joseph James - in said 20th circuit and 15th circuit wholly void venues.

B. What date and approximate time did the events giving rise to your claim(s) occur?
January 2020 until present. Also, the Federal Bureau of Investigations wrote a letter to me saying, "A Search of the NCIC Wanted Persons File disclosed an active warrant... The Charlotte County Sheriff's Office (a non-judicial corporation), 7474 Utilities Road, Punta Gorda, Florida 33982... issued a warrant on November 5, 2020... this warrant is still outstanding... I never received Notice, this warrant issues from a wholly void venue, both the Sheriff's Commercial Corporation and the 20th Circuit, and it, as a denial of civilian due process without oath of affirmation, is stalking and Forcing a Safeguard under the Uniform Code of Military Justice.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Treason for Profit. The Defendants are not Article III Officers and are not Judicial Officers. Never any indictment by an impartial, 9th and 10th Amendment Grand Jury under antebellum law. The Amended Trading with the enemy Act as long standing congressional Law, even if under an Article II " Congress" , prevent 14th Amendment U.S. Citizens from sitting as jurors to judge 9th & 10th Amendment Citizens. Hence no cause for the Unlawful Transportation & Confinement and Denial of Fair and Regular Trial, Biological Experiments and Taking of Hostages, contrary to the Geneva Conventions, which are defined by Congress, whether Article I or II, as War Crimes, extending to non-international armed conflict. Proceeding with Notice about these facts, which, trigger warring against the People by such Military Due Process as a War Crime, thereby a bona fide act of War, against Me and New Jersey both, and that aside from the callous disregard and contempt for Our fundamental laws, this false imprisonment was somehow used as a means to create a financial investment and fraudulent warrants.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The Defendants knowingly attacked me. They knowingly sold me into slavery by force of arms the very day after it was decried publicly as an "atrocious crime" and that the twenty circuits were said to be watching for it when in fact, concerning at least the 20th Circuit of their commercial corporation, appearing as the originator of these Securities, in a wholly void venue, under military due process as a war crime and treason, with inhumane conditions of imprisonment contrary to the Geneva Protocols and the laws of peace, and that the various defendants appear to have sold each other out, by shuffling the attorneys pretending to be prosecutors with any valid claim or article III Judicial Officers, in what appears to be a "State"-wide rebellion, targeting civilians and stalking them by having the Sheriff issue warrants as if they were a Judicial Functionary. Now, when I started to learn how these corruption mechanisms were operating, one of the first things I did was make the Adjutant General my DNR contact person because I had a general idea of the malum in se actions which I was dealing with, and the lack of basic compassion for living people exhibited by the defendants. They knew it was treason.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The President swears His Oath upon these words: ¶ And he that stealeth a man, and selleth him, or if he be found in his hand, he shall surely be put to death. And again, ¶ And the king commanded, and they brought those men which had accused Daniel, and they cast them into the den of Lyons, them, their children, and their wiues: and the Lyons had the mastery of them, and brake all their bones in pieces or euer they came at the bottome of the den. This is consistent with the punishment for man stealing under the Law of Nations and U.S. General Orders 100, under Article 58. I realize I made a massive mistake in trying to reason with these people, I was naive to the fact or probability that I could deal with so many traitorous psychopaths in one place. Their knowing defiance of our fundamental laws ruined me financially, while they literally profited from my misery, and the resulting trauma and frustration of demanding Civilian Due Process has caused me health problems physically and emotionally. Also, what hurts My Soul as Aggrieved Party under Injury was watching the other victims of military due process in the Charlotte County Jail Business, languishing for lack of disclosure as to the facts of their circumstances, rapacious to the public safety as trafficking in persons institutionally.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/14/2024

Signature of Plaintiff

Printed Name of Plaintiff: Joseph James Carabillo Paterfamilias ; Successor to Peter

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

LSP C6:
15313 Mille Fiore Boulevard
Port Charlotte, Florida

U.S. District Court
2110 First Street
Fort Myers, Florida 33901

U.S. POSTAGE PAID
FCM LETTER
PORT CHARLOTTE, FL 33948
APR 13, 2024
$3.72
R2308M154072-15

TAMPA FL 335
SAINT PETERSBURG FL
APR 2024 PM 4

CERTIFIED MAIL

9589 0710 5270 0574 5811 48

33901-306344



APR 17 2024 AM 10:37
RCVD - USDC - FLMD - FTM

Retail

UNITED STATES POSTAL SERVICE

RDC 99