AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida  ▼

| | |
|---|---|
| United States of America<br>v.<br>John Burns, Donald Mason, Peter Bell, Amira Fox, Christopher Ryan, Lisa Porter, Brett (Carl) Gold, Jillian Marie Kuykendall, Robert Taylor, Aaron Williams, Bill Prummell, et alia | )<br>)<br>)   Case No.<br>)          (ref. to) 2 : 24-cv-00257-SPC-KCD<br>)<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2, 2020__ in the county of __Charlotte__ in the __Middle__ District of __Florida__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 2381 | - Treason. |
| 18 U.S. Code § 2441 | - War crimes. |
| 10 U.S. Code § 902 - Art. 102 | - Forcing a safeguard. |
| 18 U.S. Code § 1593A | - Benefitting financially from peonage, slavery, and trafficking in persons. |
| 10 U.S. Code § 930 - Art. 130 | - Stalking. |
| Title 18 CHAPTER 43 | - FALSE PERSONATION (or Falsification of U.S. Citizenship) |

This criminal complaint is based on these facts:

Executive Order 13844 of July 11, 2018 ; The Law of Nations, The 1776 Constitution of New Jersey and the Constitution of the United States of America require that My person and Estate be treated as American Civilian in nature. The Defendants used military process contrary to Article III of the Constitution in a wholly void venue to hold me at ransom for undisclosed profit or financial consideration, apparently in public markets contrary to law and feloniously and against the will vi et armis. A sustained stalking has been performed by issuing fraudulent arrest warrants contrary to the Const-

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph James Carabillo ; (1776) New Jersey Native.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____    _____
*Printed name and title*

POS-030(D)

| SHORT TITLE: District Court, Middle District of Florida, 2110 First Street, Fort Myers, FL 33901. | CASE NUMBER: Carabillo Safeguard |

**ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (DOCUMENTS SERVED)**

*(This Attachment is for use with form POS-030)*

The documents that were personally served by first-class mail are as follows *(describe each document specifically)*:

| This Form Fairly Used sent via Certified Mail: 9589 0710 5270 0574 5811 31 |

| AO 91 for Trafficking in Persons under military due process. |

| Complaint and Request for Injunction regarding false arrest warrants. |

Form Approved for Optional Use
Judicial Council of California
POS-030(D) [New January 1, 2005]

**ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (DOCUMENTS SERVED)**
(Proof of Service)

Page 1 of 1