SCREENED

United States District Court
2110 First Street
Fort Myers, FL 33901

9589 0710 5270 0574 5811 31

CERTIFIED MAIL

33901-332099

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE