UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH JAMES CARABILLO
PATERFAMILLIAS,

    Plaintiff,

v.                          Case No.:  2:24-cv-350-SPC-KCD

JILLIAN MARIE KUYKENDALL,
PETER ALLEN BELL, LISA
SPADER PORTER and
CHARLOTTE COUNTY JAIL,

    Defendants.
_____/

## OPINION AND ORDER

    Before the Court is Plaintiff's Objection (Doc. 14) to Judge Kyle C. Dudek's Report and Recommendation ("R & R") (Doc. 11).  Judge Dudek recommended that this action be dismissed as frivolous.  Plaintiff did not timely object to the R & R.  So, the Court reviewed the R & R for plain error, adopted the R & R in full, and dismissed this action.  (Doc. 12).  After the Court's Order, Plaintiff filed the objection now under review.  For the below reasons, the Court overrules the objection.

    As stated, the objection is untimely.  Plaintiff had fourteen days to object to Judge Dudek's R & R entered on July 15, 2024.  *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. § 636(b)(1)(C).  While Plaintiff dates his objection "July 20th 2024,"

he did not mail his objection until August 6, well after the fourteen-day deadline. (Doc. 14-1). Moreover, Plaintiff's objection came four days after the Court had already adopted the R & R by Order. (Doc. 12). Plaintiff offers no justification for his late objection.

Plaintiff's objection is also nonsense. Like the amended complaint, Plaintiff's objection is frivolous and full of "legal-sounding but meaningless verbiage commonly used by adherents to the so-called sovereign citizen movement." *Sealey v. Branch Banking and Trust Co.*, Case No. 2:17cv785-MHT-SMD, 2019 WL 1434065, at *2 (M.D. Ala. Feb. 21, 2019). Under both plain error and de novo review, the Court accepts and adopts the R & R in full and overrules Plaintiff's objection.

**ORDERED:**

1. Plaintiff's Objection (Doc. 14) is **OVERRULED**.

2. This action remains dismissed, and the case remains closed.

**DONE** and **ORDERED** in Fort Myers, Florida on August 9, 2024.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record